UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.

GREGORY JOHNSON,

    Defendant/Petitioner.

Case No. CV23-528 VAP ✓
[CR21-25 VAP-1]

# JUDGMENT

**TO ALL PARTIES AND COUNSEL OF RECORD:**

    Pursuant to the Order Denying the Motion Pursuant to 28 U.S.C. § 2255, IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE. The Court orders that judgment be entered in favor of Respondent United States of America.

**IT IS SO ORDERED.**

Dated: 7/17/23

                                         Virginia A. Phillips
                                     Senior United States District Judge